# Exhibit A

<u>U.S. v. Steven Kobayashi</u>
**CR 11-00106 CW**

**COURT:**

I would first like to apologize and say I am sorry to the people who I have hurt, embarrassed, betrayed or in any way negatively affected their lives through my actions, conduct and the crimes I committed.

Many good people considered me a friend and trusted me and I believe those people have suffered the most. Good, honest caring people like Gary and Kelly Gray, Krishna Kaza, Richard Crane who I have known since college, my parents, Bill Knox, Pat Polizzi and many others were kind enough to consider me a friend and care about me. These people were kind and generous to me and sadly enough probably would have tried to help me if I had ever had the courage or honesty to reach out to them. Instead of having that courage or honesty, I lied to them, hurt them, betrayed them and committed crimes.

I could give long explanations of how I started down to commit crimes and lie. I could discuss in length the many addictions I have such as gambling and alcohol. In the end I do not think those discussions will make any of the victims feel any better so I will not.

The explanations would not justify the actions I took or the hurt, emotional and financial, that I have inflicted on so many people. I could have sought treatment, I could have reached out to others for help because as I have indicated there were probably those who would have found a way to help. But I lied to myself and others and committed crimes instead.

I accept responsibility for what I have done. I do not blame any other person or want to give any reason trying to justify my actions. I am sorry and hope in the future to have an opportunity to apologize to the good people I have hurt and in some small way make amends for the pain and suffering I have caused.

Steve